HANDEL CO. v. JEFFERSON GLASS CO. et al. (Circuit Court of Appeals, Fourth Circuit. November 1, 1921.) No. 1898. Appeal from the District Court of the United States for the Northern District of West Virginia, at Wheeling; Alston G. Dayton, Judge. Suit in equity by the Jefferson Glass Company and the Jefferson Company against the Handel Company. Decree for complainants, and defendant appeals. Affirmed, on opinion of District

Court. 265 Fed. 286. Harry Lea Dodson and Zell G. Roe, both of New York City (Dodson & Roe, of New York City, and H. E. Dunlap, of Wheeling, W. Va., on the brief), for appellant. F. P. Warfield, of New York City (Duell, Warfield & Duell and L. A. Watson, all of New York City, on the brief), for appellees. Before KNAPP, WOODS, and WADDILL, Circuit Judges.

PER CURIAM. Careful review of the record and examination of the exhibits convince us of the correctness of the conclusions of the District Judge. Nothing of substance can be added to his elaborate and satisfactory opinion. Affirmed.